# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00639-CR

**Rufus E. Adkinson, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 67205, HONORABLE JOE CARROLL, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Rufus E. Adkinson appeals from the trial court's judgment of conviction. The clerk's record contains seemingly conflicting information on Adkinson's right of appeal, including a disclosure of plea recommendations, a judgment of conviction reflecting a plea bargain, a trial court certification that the case was not a plea bargain case and that Adkinson has the right of appeal, and Adkinson's waiver of right to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

The appeal is therefore abated and the trial court is ordered to prepare and file an amended certification clarifying Adkinson's right of appeal. *See* Tex. R. App. P. 25.2(f). A supplemental clerk's record containing the trial court's amended certification shall be filed with this Court no later than thirty days from the date of this opinion. *See* Tex. R. App. P. 25.2(d), 34.5(c)(2), 37.1.

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed:   May 17, 2012

Do Not Publish